IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 07 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr3TSL-LRA

RICKY N. OUTLAW   21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

That on or about August 6, 2013, in Noxubee County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **RICKY N. OUTLAW**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II(a) narcotic drug controlled substance.

All in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 2

That on or about May 8, 2014, in Noxubee County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **RICKY N. OUTLAW**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II(a) narcotic drug controlled substance.

All in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 3

That on or about May 15, 2014, in Noxubee County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **RICKY N. OUTLAW**, did

knowingly and intentionally possess with intent to distribute a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II(a) narcotic drug controlled substance.

All in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 7th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE